MARY McCARTHY, as Administratrix of the Estate of JAMES McCARTHY, Deceased, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

Argued May 21, 1937; decided June 8, 1937.

*Charles E. Spencer, John H. Hughes* and *M. J. Allen* for appellant.

*M. Francis Malone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY JJ.